IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NAJEH A. DAR SUHEIL, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 7:24-cv-44-WLS |

## ORDER

Pursuant to this Court's authority to remand a N-400 application for naturalization to United States Citizenship and Immigration Services ("USCIS") under Immigration and Nationality Act section 336(b), 8 U.S.C. § 1447(b), this case is hereby remanded.

Upon remand, USCIS will adjudicate Plaintiff's N-400 application for naturalization within 120 days from the issuance of this Order. "Adjudication" is limited to the pending N-400, and in the event of a negative decision on Plaintiff's N-400, does not include any decisions on any subsequent appeals pursuant to 8 C.F.R. § 336.2. Should USCIS not adjudicate Plaintiff's N-400 within 120 days, Plaintiff may move to reopen the litigation.

Each side will bear its own fees and costs, including any attorney's fees, incurred during both the administrative and judicial phases of this matter.

SO ORDERED, this __5th__ day of __July__, 2024.

_____
HONORABLE W. LOUIS SANDS
UNITED STATES DISTRICT JUDGE