IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NAJEH AWAD DAR SUHEIL, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-44 (WLS) |
| | * |
| ALEJANDRO MAYORKAS, et al., | |
| | * |
| Defendants. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated July 5, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the United States Citizen and Immigration Services under Immigration and Nationality Act section 336(b), 8 U.S.C. § 1447(b).

This 8th day of July, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk